PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cody Jorrell Loud**

**Docket No. 0:01CR00212-001-MJD**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cody Jorrell Loud** who was sentenced for Felon in Possession of a Firearm on May 17, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-Participate in drug/alcohol treatment program
-Mandatory drug testing
-No firearms, dangerous weapons
-24 hours community service work (ordered July 6, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Drug testing conducted on May 31, 2005, tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 30 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 12th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

for Richard W. Hermes
U.S. Probation Officer

Executed on July 8, 2005
Place Minneapolis

SCANNED
JUL 15 2005
U.S. DISTRICT COURT MPLS