Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Cody Jorrell Loud

Docket No. 0:01CR00212-001 (MJD)

**HEARING WAIVER**

I, Cody Jorrell Loud, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 30 days in a community corrections center with work release, as approved by the probation officer and shall observe the rules of that facility.

Signed: Cody J Loud

Cody Jorrell Loud
Supervised Releasee

Witness: [signature]

Dated: 7/7/05

SCANNED
JUL 15 2005
U.S. DISTRICT COURT MPLS