PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cody Jorrell Loud**

**Docket No. 0:01CR00212-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cody Jorrell Loud** who was sentenced for Felon in Possession of a Firearm on May 17, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program
Mandatory drug testing
24 hours community service (ordered July 6, 2005)
30 days community confinement (ordered July 13, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Drug testing conducted June 27, 2005, tested positive for marijuana.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 14 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This would be served in addition to the 30 days ordered on July 13, 2005, for a total of 44 days.

ORDER OF THE COURT

Considered and ordered this 28th day of July, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

Executed on July 27, 2005
Place Minneapolis

c: United States Sentencing Commission

SCANNED
JUL 2 9 2005
U.S. DISTRICT COURT MPLS