Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Cody Jorrell Loud

Docket No. 0:01CR00212-001 (MJD)

## HEARING WAIVER

I, Cody Jorrell Loud, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 14 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This will be in addition to the 30 days previously ordered for a total of ~~45~~ 44 days.

Signed: [signature]
Cody Jorrell Loud
Supervised Releasee

Witness: [signature]

Dated: 7/15/05

SCANNED
JUL 29 2005
U.S. DISTRICT COURT MPLS