PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
05 OCT 25 PM 3:C.
CLERK, U.S. DIST COURT
MINNEAPOLIS

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cody Jorrell Loud**

**Docket No. 0:01CR00212-001-MJD**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cody Jorrell Loud** who was sentenced for Felon in Possession of a Firearm on May 17, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Mandatory drug testing

On July 6, 2005, conditions of supervision were modified due to drug use to include:

- 24 hours community service work

On July 13, 2005, conditions of supervision were modified due to drug use to include:

- 30 days community corrections center placement

On July 28, 2005, conditions of supervision were modified due to drug use to include:

- An additional 14 days community corrections center placement for a total of 44 days

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On October 7, 2005, the defendant submitted a drug test which was positive for cocaine. The defendant admitted use of cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

SCANNED
OCT 26 2005
U.S. DISTRICT COURT MPLS

The defendant shall reside for a period of 60 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This term of confinement is to immediately follow the 44 days previously imposed on July 13 and July 28, 2005.

ORDER OF THE COURT

Considered and ordered this 24 day of October, 2005, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on October 20, 2005
Place Bemidji

c: United States Sentencing Commission