PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cody Jorrell Loud**

**Docket No. 0:01CR00212-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cody Jorrell Loud** who was sentenced for Felon in Possession of a Firearm on May 17, 2002, by the Honorable Michael J. Davis, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Refrain from possessing a firearm, destructive device, or other dangerous weapon
- Drug and alcohol aftercare
- Mandatory drug testing

On July 6, 2005, conditions of supervision were modified due to drug use to include:

SCANNED
MAR 2 2 2006
U.S. DISTRICT COURT MPLS

- 24 hours of community service work

On July 13, 2005, conditions of supervision were modified due to drug use to include:

- 30 days community corrections center placement

On July 28, 2005, conditions of supervision were modified due to drug use to include:

- An additional 14 days community corrections center placement for a total of 44 days

On October 24, 2005, conditions of supervision were modified due to drug use to include:

- An additional 60 days community corrections center placement

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On February 15, 2006, the defendant submitted a drug test which was positive for cocaine. On March 8, 2006, the defendant submitted a drug test in a test cup which was positive for cocaine. The defendant denied using cocaine. The drug test was sent to the lab for confirmation.

FILED MAR 2 2 2006
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS Summons issued

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

On February 1, February 22, and March 1, 2006, the defendant failed to report for weekly drug testing.

SPECIAL CONDITION: The defendant shall perform 24 hours of community service, as approved by the probation officer.

The defendant has failed to complete any community service hours.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 21st day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on March 16, 2006
Place Bemidji