AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 01-212 (1) MJD

Cody Jorrell Loud

RECEIVED
MAR 31 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

2006 MAR 22 P 4:10
RECEIVED
US MARSHALS SERVICE
MPLS MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **4/5/06 at 1:30 p.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: March 22, 2006

SCANNED
APR 3 2006
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] ELMER L. VISGER II Date: 03/28/06

Check one of the boxes below to indicate appropriate method of service

☐ Service personally upon the defendant at: ______________________________

☒ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Natasha Smith/Girlfriend

☐ Returned unexecuted: ______________________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 03/28/06
Date

AL Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

DC Modified 12/03/04

criminalsummons.frm