**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 01-212(1)(MJD) |
| | ) | Date: 4/5/06 |
| CODY JORRELL LOUD, | ) | Court Reporter: NA |
| | ) | Tape Number: 12/00-409 |
| Defendant. | ) | Time Commenced: 1:48 p.m. |
| | ) | Time Concluded: 2:04 p.m. |
| | ) | Time in Court: 6 Minutes |

APPEARANCES:

Plaintiff: Tracy Perzel, Assistant U.S. Attorney
Defendant: Lyonel Norris

☐ FPD ☐ CJA ☐ Retained ☒ To Be Appointed

Date Charges Filed: 3/21/06 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☐ Government moves for detention:
Motion is ☐ granted, temporary detention ordered

☒ Defendant released on current supervisory conditions
☐ Defendant released on current supervisory conditions, plus additional conditions, see Order Setting Conditions of Release.

Next appearance date is 4/25/06 at 11:30 a.m. before U.S. District Judge Michael Davis for Final Revocation Hearing

Additional Information:

s/SK
Law Clerk