**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

(1) CODY LOUD,
Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: MICHAEL J. DAVIS
U.S. District Court Judge

Case No: 01-212 (MJD/RLE)
Date: April 25, 2006
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 11:51
Time Concluded: 11:53
Time in Court: 2 minutes

## APPEARANCES:

Plaintiff: LeeAnn Bell, Assistant U.S. Attorney
Defendant: Lyonel Norris FPD

## PROCEEDINGS:

☒ **Revocation of Supervised Release**

**Bench warrant to be issued.**

s/Debbie Halfman
Calendar Clerk