**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:JEANNE GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 01-212 (MJD) |
| | ) | Date: 7/21/06 |
| **CODY LOUD**, | ) | Court Reporter: N/A |
| | ) | Tape Number: JJG MPLS CRIM TAPE #4 |
| Defendant. | ) | Time Commenced: 3:35 PM |
| | | Time Concluded: 3:40 PM |
| | | Time in Court: 0 Hours & 5 Minutes |

APPEARANCES:
Plaintiff: Elizabeth Peteson
Defendant: Kate Menendez ☐ FPD ☐ Retained ☒ **To be appointed**
Interpreter / Language: N/A // ENGLISH

**Date Charges Filed**: **4/26/06** **Offense**: **Failure to appear**

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

**on** ☐ Indictment ☐ Information ☒ Bench Warrant Violation of ☐ Pre-trial Release ☐ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.
**Bond set in the amount of $* with conditions, see Order Setting Conditions of Release.**

**Next appearance date is at July 25, 2006, 10:00 a.m. before U.S. District Judge Michael J. Davis for**:

☐ **detention hrg** ☐ **preliminary hrg** ☐ **arraignment**

☐ **removal hrg** ☒ **Final revocation**

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/Mary Lenner
Signature of Judicial Assistant