UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CODY LOUD,

Defendant.

Case NO. CR. 01-212(MJD)

ORDER OF TEMPORARY DETENTION PURSUANT TO 18 USC 3142(d)

---

Upon motion of the United States it is ORDERED that the above-named defendant shall be held in custody by the United States Marshal and produced for the final revocation hearing set for July 25, 2006, at 10:00 a.m. before Judge Michael J. Davis, U.S. District Judge, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota.

Dated: July 21, 2006

s/Jeanne J. Graham

JEANNE J. GRAHAM
U.S. Magistrate Judge