**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>(1) CODY LOUD,<br>Defendant. | ) | **COURT MINUTES - CRIMINAL**<br>BEFORE: MICHAEL J. DAVIS<br>U.S. District Court Judge |

Case No: 01-212 (MJD/RLE)
Date: July 25, 2006
Court Reporter: Lori Simpson
Tape Number:
Time Commenced: 10:02
Time Concluded: 10:13
Time in Court: 11 minutes

## APPEARANCES:

Plaintiff: Elizabeth Peterson for Cliff Wardlaw, Assistant U.S. Attorney
Defendant: Leon Trawick, CJA

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release continued until original termination date of March 29, 2007
: Defendant is sentenced to: 4 months BOP

s/Debbie Halfman
Calendar Clerk