AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
06 JUL 21 PM 3:39
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN
2006 APR 26 A 10:25

UNITED STATES OF AMERICA

v.

Cody Loud

## WARRANT FOR ARREST

RECEIVED
U.S. MARSHAL
ST. PAUL, MN

CASE NUMBER: CR 01-212 MJD/RLE

0641-0426-0875-F

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 APR 27 A 9:48

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Cody Loud

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order charging him or her with:

Failure to Appear

Ordered by: Michael J. Davis, United States District Court Judge.

Leah E. Gilgenbach (signature)

(By) Leah E Gilgenbach, Deputy Clerk

April 26, 2006 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________ Date of Arrest: __________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 7-20-06
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY (signature)

SCANNED
JUL 24 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04