IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Raymond L. Erickson |
| Plaintiff, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| vs. | ) | Case No: Crim. 01-212(MJD/RLE) |
| | ) | Date: March 26, 2007 |
| Cody Jorrell Loud, | ) | Court Reporter: |
| | ) | Tape Number: 07-18 |
| Defendant. | ) | Time Commenced: 2:05 p.m. |
| | | Time Concluded: 2:10 p.m. |
| | | Time in Court: 0 Hours & 05 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

APPEARANCES: Plaintiff: , Assistant U.S. Attorney
Defendant: ☐ FPD ☐ CJA ☐ Retained ☐ To be appointed

Date Charges Filed: 02/16/07 Offense: Violation of Supervision

☐ Charges read into record ☒ Waived Reading of Charges ☒ Advised of Rights

on ☒ Petition ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

Next appearance date is Thursday, March 29, 2007 at 11:30 a.m. before U.S. Magistrate Judge Raymond L. Erickson for:
☒ detention hrg ☒ preliminary hrg ☐ arraignment ☐ removal hrg ☐ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived
☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Court finds defendant eligible for court-appointed counsel. Defendant will be held at the Douglas County Jail, Superior, Wisconsin.

s/Victoria L. Miller
Signature of Judicial Assistant