UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Cory Jorrell Loud,

Defendant. Crim. No. 01-212 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

## I. Introduction

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the conduct of a Preliminary Hearing, see, Rule 32.1(b), Federal Rules of Criminal Procedure, as well as a Detention Hearing on the Government's Motion for Detention Without Bail Pending Trial. At the time of the Hearing, which was held on March 29, 2007, the Defendant appeared personally, and by Wayne G. Nelson, Esq., and the Government appeared by Joseph T. Dixon, III, Esq.

At the commencement of the Hearing, the Defendant advised that he was waiving the conduct of the Preliminary Hearing, as well as the Detention Hearing.

Upon our inquiry, we find that the Defendant's waivers were knowing, intelligent, and voluntary.

NOW, THEREFORE, It is --

ORDERED:

1. That, probable cause existing for the charges contained in Petition on Supervised Release, which is dated February 14, 2007 [Docket No. 51], the Defendant shall be held to answer that Petition before the District Court, the Honorable Michael J. Davis presiding.

2. That the Government's informal Motion for Detention Without Bail Pending Trial is GRANTED.

3. That the Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

4. That the Defendant be afforded a reasonable opportunity for private consultation with defense counsel.

5. That, on the Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility shall

deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

BY THE COURT:

Dated: March 29, 2007

s/Raymond L. Erickson
Raymond L. Erickson
CHIEF U.S. MAGISTRATE JUDGE