**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
Cory Jorrell Loud,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Raymond L. Erickson
Chief U.S. Magistrate Judge

| | |
|---|---|
| Case No: | Crim. 01-212 (MJD/RLE) |
| Date: | March 29, 2007 |
| Court Reporter: | |
| Tape Number: | 07-17 |
| Time Commenced: | 11:13 am |
| Time Concluded: | 11:16 am |
| Time in Court: | 0 Hours & 03 Minutes |

**True Name if different from charging instrument:**
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:**

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det:

APPEARANCES:

Plaintiff: Joseph T. Dixon, III, Assistant U.S. Attorney
Defendant: Wayne G. Nelson ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☒ Deft waived his right to a Preliminary Hearing and Detention Hearing.

Additional Information: Written Order will be issued.

s/Victoria L. Miller
Signature of Judicial Assistant

M:\templates\Prelim-Det Hrg.wpt Template Updated: 6/6/06