A0 443 (Rev. 5/93) Warrant for Arrest

~~FILED UNDER SEAL~~

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED

APR 04 2007

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

0741·0216·0540-D

CASE NUMBER: **CR 01-212 MJD/RLE**

Cody Jorrell Loud

2007 FEB 16 P 4:44

US MARSHALS SERVICE MPLS MN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Cody Jorrell Loud

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Michael J. Davis, United States District Court Judge.

Kim Krulas

February 16, 2007 at Minneapolis, MN

(By) Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 3-23-07
ARRESTED BY Red Lake PD
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
APR 05 2007
U.S. DISTRICT COURT MPLS

criminal\warrant.frm