**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
Cody Jorrell Loud (1), )
Defendant. )
)
)
)

## COURT MINUTES - CRIMINAL

BEFORE: Michael J. Davis
U.S. District Judge

| | |
|---|---|
| Case No: | 01-cr-212 (1) MJD/RLE |
| Date: | April 12, 2007 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 09:32 a.m. |
| Time Concluded: | 10:00 a.m. |
| Time in Court: | 28 Minutes |

## APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Tracy Perzel : CJA appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release terminated.
: Defendant is sentenced to: 9 months Bureau of Prison.

s/Susan Schempf
Judicial Assistant