**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Cody Jorrell Loud (1),
Defendant.

**AMENDED COURT MINUTES - CRIMINAL**
BEFORE: Michael J. Davis
U.S. District Judge

Case No: 01-cr-212 (1) MJD/RLE
Date: April 12, 2007
Court Reporter: Lori Simpson
Time Commenced: 09:32 a.m.
Time Concluded: 10:00 a.m.
Time in Court: 28 Minutes

## APPEARANCES:

Plaintiff: Robert Lewis, Assistant U.S. Attorney
Defendant: Wayne Nelson : CJA appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Supervised Release terminated.
: Defendant is sentenced to: 9 months Bureau of Prison.

s/Susan Schempf
Judicial Assistant