AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.
**Cody Jorrell Loud**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **01-212 (1) (MJD/RLE)**
USM Number: **10095-041**
Social Security Number: **2643**
Date of Birth: **1979**

**Wayne Nelson**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of condition(s): **Mandatory Condition and Special Condition** of the term of supervision.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | The defendant shall not illegally possess a controlled substance | January 17, 2007 |
| Special Condition | The defendant shall participate in a program for drug and alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling or a support group. | February 7, 2007 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment**. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

**April 12, 2007**
Date of Imposition of Judgment

s / Michael J. Davis
Signature of Judge

**MICHAEL J. DAVIS**, United States District Judge
Name & Title of Judge

April 13, 2007
Date

DEFENDANT: CODY JORRELL LOUD
CASE NUMBER: 01-212 (1) (MJD/RLE)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **9 months with no supervision to follow**.

[**X**] The court makes the following recommendations to the Bureau of Prisons:

**That defendant be housed in the State of Minnesota and that defendant receive medical attention regarding his knee.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on____________________ to ____________________________

at ________________________ , with a certified copy of this Judgment.

__________________________
United States Marshal

By __________________________
Deputy United States Marshal